# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENO A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA SUPERIOR COURTS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00232-DAD-BAM (PC)<br><br>ORDER DENYING REQUEST FOR COURT TO TAKE JUDICIAL NOTICE OF ADMINISTRATIVE REMEDY NOT AVAILABLE<br><br>(ECF No. 16) |

Plaintiff Deno A. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second request for the Court to take judicial notice that his administrative remedies are not available, filed November 2, 2017. (ECF No. 16.) Plaintiff attaches copies of inmate request for interview forms, inmate appeals, an order from the Fifth District Court of Appeal of California in Case No. F076113, a letter from Kings Court reporters, and a case summary of Case No. 17C-0133. (Id.)

As Plaintiff has been previously informed, Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). The Court does not have any matter pending for decision, to which these requests

1

| | |
|---|---|
| 1 | for judicial notice relate.  The Court finds it prudent to take judicial notice of facts, as appropriate |
| 2 | under Evid.Rule 201, only when they relate to matters pending before the Court. Plaintiff may |
| 3 | later request the Court take judicial notice of a fact when that fact becomes relevant to a matter |
| 4 | pending before the Court. |
| 5 |      Plaintiff is reminded that, pursuant to the Court's First Informational Order of February |
| 6 | 21, 2017, the Court will not serve as a repository for evidence.  (ECF No. 3 at 3.)  Plaintiff may |
| 7 | not file evidence (including prison records) with the Court until it becomes necessary to do so in |
| 8 | connection with a motion for summary judgment, trial, or the Court requests otherwise.  Should |
| 9 | Plaintiff continue to improperly submit evidence to the Court under the premise of seeking |
| 10 | judicial notice, such evidence may be stricken or returned to Plaintiff.  (Id. at 3.) |
| 11 |      Accordingly, Plaintiff's request for judicial notice (ECF No. 16), is HEREBY GRANTED |
| 12 | DENIED. |
| 13 | |
| 14 | IT IS SO ORDERED. |
| 15 | Dated:   **November 6, 2017**            /s/ *Barbara A. McAuliffe* |
| 16 |                                           UNITED STATES MAGISTRATE JUDGE |